UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO AGUIRRE PINO, individually,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO BANK SOUTHWEST, N.A., f/k/a WACHOVIA MORTGAGE, FSB A DIVISION OF WELLS FARGO BANK, N.A. f/k/a WORLD SAVINGS BANK, FSB; NDEX WEST, LLC, a Delaware Corporation and Does 1 through 100 Inclusive,<br><br>　　　　　　Defendants. | Case No.: 11-CV-00989-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE |

On March 10, 2011, Defendant Wells Fargo Bank, N.A. (Wachovia) filed a Motion to Dismiss the claims asserted in the complaint pursuant to Federal Rules of Civil Procedure 9 and 12(b)(6), and a Motion to Strike portions of the complaint. The Court hereby sets the following briefing schedule regarding these Motions:

　　Any opposition shall be filed by March 31, 2011

　　Any reply shall be filed by April 7, 2011

　　The hearing on these motions is hereby set for May 26, 2011 at 1:30 p.m.

　　In addition, if Defendant NDEX West, LLC wishes to file a Motion to Dismiss or a Motion to Strike, it shall file these Motions no later than March 24, 2011.

　　Any opposition shall be filed by April 7, 2011

1

Case No.: 11-CV-00989-LHK
ORDER SETTING BRIEFING SCHEDULE

1   Any reply shall be filed by April 14, 2011

2   Any such Motion filed by NDEX West, LLC will be heard on May 26, 2011 at 1:30 p.m.

3   **IT IS SO ORDERED.**

4   Dated: March 17, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-00989-LHK
ORDER SETTING BRIEFING SCHEDULE