1  Nick Pacheco, Esq. (SBN 173391)
   **NICK PACHECO LAW GROUP, APC**
2  15501 San Fernando Mission Blvd., Suite 110
   Mission Hills, CA 91345
3  Telephone: (888)-888-8641
   Facsimile:  (800)-210-0028
4  File No.: 12353

5  Attorney for Plaintiff
   **Fernando Aguirre Pino**
6

7

8                           UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNA, SAN JOSE DIVISION

10

11

12 | **FERNANDO AGUIRRE PINO**, individually,)   Case No.:  11-CV-00989-LHK
                                            )
13 |        Plaintiff,                      )   [PROPOSED] ORDER FOR VOLUNTARY
                                            )   DISMISSAL WITHOUT PREJUDICE
14 |    vs.                                 )   PURSUANT TO FEDERAL RULE OF
                                            )   CIVIL PROCEDURE 41(a)(1)(i)
15 |                                        )
                                            )
16 | **WELLS FARGO BANK, N.A.**, successor by )
   | merger to WELLS FARGO BANK             )
17 | SOUTHWEST, N.A. f/k/a WACHOVIA         )
   | MORTGAGE, FSB A DIVISION OF WELLS      )   Judge: Hon. Lucy H. Koh
18 | FARGO BANK, N.A. f/k/a WORLD           )
   | SAVIVINGS BANK, FSB; **NDEX WEST,**   )   Date Removed:  March 3, 2011
19 | LLC, a Delaware Corporation and **DOES 1** )
   | **through 100 Inclusive.**             )   Trial Date: None Set
20 |                                        )
                                            )
21 |        Defendants.                     )
                                            )
22                                          )

23

24
        THIS MATTER came before the Court to be considered.  The Court accepts the request
25
   and finds that the case should be dismissed.
26

27  ///

28  ///

                                               1

1  IT IS THEREFORE ORDERED the case be dismissed without prejudice.

2  All attorneys' fees and costs of court are to be borne by the party that incurred them.

Dated: April 21, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh